# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

AUG 8 2023 PM 2:12
FILED-USDC-NDTX-FW

Rogelio Cantu
Plaintiff

v.

City of Ft. Worth Police
N.W. Division
Defendant

4-23CV-824-O
Civil Action No.

## COMPLAINT

Motion for Summary Judgement
Attached pages

\* Attach additional pages as needed.

Date: 8/8/2023
Signature: Rogelio Cantu
Print Name: Rogelio Cantu
Address: 6340 Lakeworth Blvd. #278
City, State, Zip: Ft. Worth, Texas, 76135
Telephone: 817-226-7586

*From the desk of:*

*Rogelio Cantu*

*(pmb) 6340 Lake Worth Blvd. #278*

*Ft. Worth Texas, 76135*

## NOTICE OF CRIMINAL OFFENCES

## AND THE VIOLATION OF CIVIL RIGHTS

### TO: FORT WORTH POLICE DEPARTMENT / CITY OF FORT WORTH NORTHWEST DIVISION / 4651 N. MAIN STREET / FORT WORTH, TX 76106

A 30-day notice of the criminal offense and the violation of civil rights and motion for summary judgement has been sent to both, FORT WORTH POLICE DEPT. N.W. DIVISION and to the CITY OF FORT WORTH HUMAN RESOURCES / RISK MANAGEMENT on 7/6/2023, for the unlawful acts committed by the FORT WORTH POLICE DEPT. N.W. DIVISION on 6/1/2023, the officers involved in the criminal unlawful acts and the violation of civil rights are as follow: J.A. VASQUEZ badge # 3182, Z. HORNSBY # 4923, S. REISS #0266, J. CHERRY #4448. I, Rogelio Cantu, hereby claim compensation for the criminal acts and violation of civil rights committed by the four officers involved in this matter, while sitting at computer #3 in the northside Ft. Worth Public Library at 601 Park St. Ft. Worth Tx. 76164, and while in my own private capacity, not engaged in any commerce of any kind, the four officers approached me from both sides and grabbed my arms and told me to stand up and that I was under arrest, the officers stood me up and while putting handcuffs on me, I asked the officers what I was under arrest for, one officer said I had a warrant for my arrest, without identifying me or asking who I was. I asked the officers to show me the warrant 3 or 4 times, there was no warrant shown, I advised the officers that I do not consent for any of their actions, I was escorted outside, the officers continued with the unlawful detainment and interrogation while I was in handcuffs, then one officer said I look like somebody that fits the warrant, another officer conducted an unlawful body search and unlawfully pulled my wallet out of my pocket and then pulled my identification out of my wallet, I advised the officers that they are acting unlawfully and they are violating my civil rights, finally, after identifying me, they took the handcuffs off, leaving red marks on wrists with some pain, an officer asked if I needed medical attention, I declined, the injuries were minor, but still are injuries. Then officer Vasquez continued, that if they catch me driving without a registered vehicle and private plates, they were going to confiscate my private property, after, I then expressed Texas Transportation Code: 502.003 and Title 49 U.S.C. 135.05 on registrations. The officer ignored the code and told me I was free to go. These are the facts and are punishable with fines and imprisonment. Enclosed is a motion for summary judgement and a 15-day notice affidavit and this notice of criminal offense and violation of civil rights.

*without prejudice*

*autograph by-Rogelio Cantu*

*[signature]*

agent, acting as agent for ss# x52-x1-x58x

*all rights reserved*

8/8/2023

# MOTION FOR SUMMARY JUDGEMENT

## FOR CRIMINAL ACTS AND VIOLATION OF CIVIL RIGHTS

### TO: FORT WORTH POLICE DEPARTMENT / CITY OF FORT WORTH NORTHWEST DIVISION / 4651 N. MAIN STREET / FORT WORTH, TX 76106

1. For the unlawful apprehension and arrest, and unlawful body search, and officers acting under the color of law and the pretense of government, under Title 18 U.S.C. 241

   FINE AMOUNT  $25,000  PER OFFICER-----------------------------------------------------------$ 100,000

2. For the unlawful detention and interrogation, and injuries to wrists with red marks and some pain from tight handcuffs, under Title 42 U.S.C. 1983

   FINE AMOUNT  $10,000 FOR COMBINED OFFICERS-------------------------------------------$10,000

3. For the threat of confiscating private property, extortion, under Title 18 U.S.C. 872

   FINE AMOUNT  $1,000 FOR COMBINED OFFICERS---------------------------------------------$1,000

   TOTAL FINE AMOUNT-----------------------------------------------------------------------------$111,000

# AFFIDAVIT OF NOTICE

County _Tarrant_

State _Texas_

Your Affiant, _Rogelio Cantu_, hereby gives a _15_ day notice from the date received, for the criminal acts and the violation of civil rights, for the unlawful apprehension and arrest, and the unlawful detainment and interrogation, and for acting under the color of law and the pretense of government, by the Fort Worth Police Department, N.W. Division by officers, J.A. VASQUEZ #3182, Z. HORNSBY #4923, S. REISS #0266, J. CHERRY #4448. Under Title 18 U.S.C. 241, and the injuries to the wrists, with red marks and some pain from tight handcuffs, under Title 42 U.S.C. 1983, and the unlawful threat of confiscating of private property, extortion under Title 18 U.S.C. 872.

witness by Notary does not change jurisdiction from the land

Notary Public _[signature]_                              Print _Rogelio Cantu_

Title and Rank _Notary_                                  Autograph _[signature]_

Date of Commission Expiry _11.26.2027_                   Date _8/8/2023_

*From the desk of:*

*Rogelio Cantu*

*(pmb) 6340 Lake Worth Blvd. #278*

*Ft. Worth Texas, 76135*

## NOTICE OF CRIMINAL OFFENCES
## AND THE VIOLATION OF CIVIL RIGHTS

**TO: THE CITY OF FORT WORTH HUMAN RESOURCES / RISK MANAGEMENT/200 TEXAS STREET / FORT WORTH TX. 76102**

A 30-day notice of the criminal offense and the violation of civil rights and motion for summary judgement has been sent to both, FORT WORTH POLICE DEPT. N.W. DIVISION and to the CITY OF FORT WORTH HUMAN RESOURCES / RISK MANAGEMENT on 7/6/2023, for the unlawful acts committed by the FORT WORTH POLICE DEPT. N.W. DIVISION on 6/1/2023, the officers involved in the criminal unlawful acts and the violation of civil rights are as follow: J.A. VASQUEZ badge # 3182, Z. HORNSBY # 4923, S. REISS #0266, J. CHERRY #4448. I, Rogelio Cantu, hereby claim compensation for the criminal acts and violation of civil rights committed by the four officers involved in this matter, while sitting at computer #3 in the northside Ft. Worth Public Library at 601 Park St. Ft. Worth Tx. 76164, and while in my own private capacity, not engaged in any commerce of any kind, the four officers approached me from both sides and grabbed my arms and told me to stand up and that I was under arrest, the officers stood me up and while putting handcuffs on me, I asked the officers what I was under arrest for, one officer said I had a warrant for my arrest, without identifying me or asking who I was. I asked the officers to show me the warrant 3 or 4 times, there was no warrant shown, I advised the officers that I do not consent for any of their actions, I was escorted outside, the officers continued with the unlawful detainment and interrogation while I was in handcuffs, then one officer said I look like somebody that fits the warrant, another officer conducted an unlawful body search and unlawfully pulled my wallet out of my pocket and then pulled my identification out of my wallet, I advised the officers that they are acting unlawfully and they are violating my civil rights, finally, after identifying me, they took the handcuffs off, leaving red marks on wrists with some pain, an officer asked if I needed medical attention, I declined, the injuries were minor, but still are injuries. Then officer Vasquez continued, that if they catch me driving without a registered vehicle and private plates, they were going to confiscate my private property, after, I then expressed Texas Transportation Code: 502.003 and Title 49 U.S.C. 135.05 on registrations. The officer ignored the code and told me I was free to go. These are the facts and are punishable with fines and imprisonment. Enclosed is a motion for summary judgement and a 15-day notice affidavit and this notice of criminal offense and violation of civil rights.

*without prejudice*

*autograph by-Rogelio Cantu*

*Rogelio Cantu*

agent, acting as agent for ss# x52-x1-x58x

*all rights reserved*

8/8/2023

# MOTION FOR SUMMARY JUDGEMENT
## FOR CRIMINAL ACTS AND VIOLATION OF CIVIL RIGHTS
### TO: CITY OF FORT WORTH HUMAN RESOURCES / RISK MANAGEMENT
### 200 TEXAS ST. / FORT WORTH TX. 76102

1. For the unlawful apprehension and arrest, and unlawful body search, and officers acting under the color of law and the pretense of government, under Title 18 U.S.C. 241

   FINE AMOUNT  $25,000  PER OFFICER----------------------------------------------------------$ 100,000

2. For the unlawful detention and interrogation, and injuries to wrists with red marks and some pain from tight handcuffs, under Title 42 U.S.C. 1983

   FINE AMOUNT  $10,000 FOR COMBINED OFFICERS-------------------------------------------$10,000

3. For the threat of confiscating private property, extortion, under Title 18 U.S.C. 872

   FINE AMOUNT  $1,000 FOR COMBINED OFFICERS---------------------------------------------$1,000

   TOTAL FINE AMOUNT------------------------------------------------------------------------------$111,000

## AFFIDAVIT OF NOTICE

County _Tarrant_

State _Texas_

Your Affiant, _Rogelio Canctu_, hereby gives a _15_ day notice from the date received, for the criminal acts and the violation of civil rights, for the unlawful apprehension and arrest, and the unlawful detainment and interrogation, and for acting under the color of law and the pretense of government, by the Fort Worth Police Department, N.W. Division by officers, J.A. VASQUEZ #3182, Z. HORNSBY #4923, S. REISS #0266, J. CHERRY #4448. Under Title 18 U.S.C. 241, and the injuries to the wrists, with red marks and some pain from tight handcuffs, under Title 42 U.S.C. 1983, and the unlawful threat of confiscating of private property, extortion under Title 18 U.S.C. 872.

witness by Notary does not change jurisdiction from the land

Notary Public _[signature]_

Title and Rank _Notary_

Date of Commission Expiry _11-26-2023_

Print _Rogelio Cantu_

Autograph _[signature]_

Date _8/8/2023_