IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROGELIO CANTU, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   No. 4:23-cv-00824-O-BP |
| | § |
| CITY OF FORT WORTH POLICE, | § |
| N. W. DIVISION, | § |
| | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, it is **ORDERED** that the Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint and Brief in Support filed by the City of Fort Worth ("the City") (ECF No. 19) is **GRANTED**. All claims in this case against the City are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this **29th day** of **January, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff filed two documents in the week following the Magistrate Judge's January 9, 2024 Findings, Conclusions, and Recommendation in this case (ECF No. 39). *See* Cause Not to Dismiss, ECF No. 40; Clarified Cause Not to Dismiss, ECF No. 41. After reviewing both filings, the Court concludes that they contain no objections and instead constitute responses to the Magistrate Judge's separate order regarding service of the individual officers (ECF No. 38), which was also issued on January 9, 2024.