# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| ROGELIO CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:23-cv-00824-O-BP |
| | § | |
| CITY OF FORT WORTH POLICE, | § | |
| N. W. DIVISION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. All claims against the City of Fort Worth in this case are **DISMISSED WITH PREJUDICE**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **29th day** of **January, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE