IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROGELIO CANTU, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 4:23-cv-00824-O-BP |
| § | |
| CITY OF FORT WORTH POLICE, § | |
| N. W. DIVISION, *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m).

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring them.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **21st** day of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE